**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  JOAN K. FLANAGAN                                    Case Number: 07-73031
1321 BEVERLY WAY                    SSN-xxx-xx-3424
SPRING GROVE, IL  60081

Case filed on:         12/13/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,227.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOAN K. FLANAGAN | 0.00 | 0.00 | 4,227.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 4,227.00 | 0.00 |
| 002 | WELLS FARGO HOME MORTGAGE | 29,451.71 | 29,451.71 | 0.00 | 0.00 |
|  | Total Secured | 29,451.71 | 29,451.71 | 0.00 | 0.00 |
| 001 | CODILIS & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CERTIFIED SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CREDIT MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | OSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | OSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PALISADES COLLECTION, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AFNI/VERIZON | 344.53 | 344.53 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 9.00 | 9.00 | 0.00 | 0.00 |
| 013 | VATIV RECOVERY SOLUTIONS LLC | 46.06 | 46.06 | 0.00 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 612.59 | 612.59 | 0.00 | 0.00 |
|  | Total Unsecured | 1,012.18 | 1,012.18 | 0.00 | 0.00 |
|  | Grand Total: | 30,463.89 | 30,463.89 | 4,227.00 | 0.00 |

Total Paid Claimant:        $4,227.00
Trustee Allowance:          $0.00              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00           discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008          By   /s/Heather M. Fagan